In the Matter of the Probate of the Will of JOSEPH
KNAPP, Deceased.

JOHN  KNAPP  et  al.,  Appellants;  FANNIE  KNAPP,
Respondent.

*Will — objections to probate upon grounds that will was not duly executed,
incompetency to make will and undue influence.*

*Matter of Knapp*, 200 App. Div. 851, affirmed.

(Argued March 30, 1925; decided April 10, 1925.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 9, 1921, which affirmed a decree of the Monroe
County Surrogate's Court admitting to probate a paper
propounded as the last will and testament of Joseph
Knapp, deceased.  Probate was objected to upon the
grounds that the alleged will was not duly executed as
required by law; that the testator was not competent
to make a will at the time it purports to have been
executed; that it was not the last will of Joseph Knapp,
and that the execution of the alleged will was obtained
by undue influence.

*Eugene Van Voorhis* for appellants.

*Harold P. Burke* and *Frank J. Hone* for respondent.

Order affirmed, with costs to respondent payable out
of estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

In the Matter of the Claim of JOHN DOMRES, Respondent,
against SYRACUSE SAFE COMPANY et al., Appellants.

*Workmen's compensation — workman injured by automobile while sitting
in doorway of factory during lunch hour — award affirmed.*

*Domres* v. *Syracuse Safe Co.*, 211 App. Div. 823, affirmed.

(Argued March 31, 1925; decided April 10, 1925.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered December 2, 1924, unanimously
affirming an award of the State Industrial Board made